### UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, as assignee and subrogee of Florida BC Holdings, LLC,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND DANE WOODARD,<br><br>Defendant. | No.: 5:21-cv-00308-MTT |

### CONSENT JUDGMENT

**THIS ACTION** having come before the Court based upon the agreement of the parties, Travelers Casualty and Surety Company of America and Raymond Dane Woodard, to the entry of a consent judgment in favor of Plaintiff, Travelers Casualty and Surety Company of America, and against Defendant, Raymond Dane Woodard, in the amount of **FIFTY-FIVE THOUSAND DOLLARS AND ZERO CENTS ($55,000.00);**

**IT IS** on this ___8th___ day of September, 2023

**ORDERED, ADJUDGED AND DECREED** that judgment be and is hereby entered in favor of Plaintiff, Travelers Casualty and Surety Company of America, and against Defendant, Raymond Dane Woodard, in the amount of **FIFTY-FIVE THOUSAND DOLLARS AND ZERO CENTS ($55,000.00).**

SO ORDERED:

_____
U.S.D.J.

Consented To:

_____
Raymond Dane Woodard
Date: 9-8-23